M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
**MESSNER REEVES, LLP**
8945 West Russell Road, Suite 300
Las Vegas, NV 89148
Telephone:    (702) 363-5100
Facsimile:    (702) 363-5101
E-mail:  cmeyer@messner.com
             rfinch@messner.com
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ELIANA R. MORGENSTERN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a Foreign Corporation; DOES I through XX, inclusive; and ROE BUSINESS ENTITITES I through XX, inclusive,<br><br>Defendants. | [Case No.] _____<br><br>**NOTICE OF REMOVAL AND DEMAND FOR JURY TRIAL** |

COMES NOW, Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, the removing party, ("Defendant") by and through his counsel of record, M. CALEB MEYER, ESQ. and, RENEE M. FINCH, ESQ. of MESSNER REEVES LLP, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, hereby gives notice of the removal of this action ("Notice of Removal") from the Eighth Judicial District Court of the State of Nevada, in and for the County of Clark, where this matter is now pending, to the United States District Court for the District of Nevada.

As factual and legal grounds for the removal of this case, Defendant shows this Honorable Court as follows:

1. On May 30, 2023, ELIANA R. MORGENSTERN ("Plaintiff") filed her Complaint against Defendant.   True and correct copies of all pleadings on file with the Eighth Judicial District

Court of the State of Nevada, in and for the County of Clark, Case Number A-23-871502-C, including the Complaint (**EXHIBIT A**) and Affidavit of Service as to STATE FARM AUTOMOBILE INSURANCE COMPANY, who was served on June 12, 2023, through the Nevada Division of Insurance (**EXHIBIT B)**.

   2. The United States District Court for the District of Nevada is the federal judicial district encompassing the Eighth Judicial District Court of the State of Nevada, in and for the County of Clark, where this suit was originally filed. Accordingly, venue is proper in this district pursuant to 28 U.S.C. § 1441(a).

   3. Removal of this civil action is proper pursuant to 28 U.S.C. §§ 1332 and 1441(b). This action may be removed to this Court by Defendant on the basis of diversity jurisdiction because the controversy is between citizens of different states, and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

   4. This case involves claims by Plaintiff for damages resulting from a motor vehicle accident that occurred on or about May 17, 2021. Plaintiff filed a claim with her insurer, Defendant, for underinsured motorist coverage, requesting $100,000.00 in damages.

   5. STATE FARM AUTOMOBILE INSURANCE COMPANY is an insurance company incorporated in the State of Illinois, with its principal place of business in Illinois.

   6. The removing party bears the burden of proving by a preponderance of the evidence that the amount in controversy exceeds $75,000. *Singer v. State Farm Mut. Auto. Ins. Co*., 116 F.3d 373, 376 (9th Cir. 1997). If it is "facially apparent" from the complaint that the plaintiff seeks damages sufficient to create federal jurisdiction, then the case should be remanded "only if it appears to a legal certainty that the claim is actually for less than the jurisdictional minimum." *Davis v. Advanced Care Techs., Inc*., 2007 U.S. Dist. LEXIS 32348 at *3 (E.D. Cal. 2007) (quoting *Singer,* 116 F.3d at 376); *see also*, *Campbell v. Bridgestone/Firestone, Inc*., 2006 U.S. Dist. LEXIS 16113 at *7 (E.D. Cal. 2006) (in products liability suit, amount-in-controversy requirement was satisfied where plaintiff sought unspecified amount of compensatory damages for wage loss, hospital and medical expenses, general damages, and loss of earning capacity); *Yong v. Hyatt Regency Sacramento*, 2007 U.S. Dist. LEXIS 9492 at *3-4 (E.D. Cal. 2007) (where plaintiff

asserted a discrimination claim seeking "compensatory damages, emotional distress damages, punitive damages, and attorney's fees," the amount in controversy was well above the jurisdictional requirement solely "by nature of [the plaintiffs] claims"). Plaintiff has computed $47,741.00 in past medical expenses and has made a demand for $100,000.00 to include all damages. Thus, upon information and belief, Defendant is informed that Plaintiff seeks damages well in excess of $75,000.00.

7. This Notice of Removal is timely and proper pursuant to 28 U.S.C. § 1446(b) because it is being filed within 30 days of service of the Complaint on the last-served Defendant. All Defendants who have been properly joined and served join in and consent to the removal of the action.

8. Diversity jurisdiction pursuant to 28 U.S.C. § 1332 exists because this action is between citizens of different states and/or countries, and the amount in controversy exceeds $75,000.00.

9. This action may be properly removed to this Court under 28 U.S.C. §1441(a) because this Court has original jurisdiction over this action under 28 U.S.C. §1332.

10. A true and correct copy of this Notice of Removal will be provided to State Court, Plaintiff, and filed with the Clerk of the Eighth Judicial District Court of the State of Nevada, Department 29.

11. Pursuant to FRCP 38 and LR 38-1, Defendant hereby demands that the trial of the above-entitled action be heard before a jury.

Dated this 30th day of June, 2023.

**MESSNER REEVES LLP**

By: */s/ Renee Finch*
M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
8945 W. Russell Road, Suite 300
Las Vegas, NV 89148
*Attorneys for Defendant*
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that on this __30th__ day of June, 2023, a true and correct copy of the foregoing **NOTICE OF REMOVAL AND DEMAND FOR JURY TRIAL** was filed and served upon the following by the method indicated:

| | |
|---|---|
| PAUL S. PADDA, ESQ.<br>Nevada Bar No. 10417<br>SRILATA R. SHAH, ESQ.<br>Nevada Bar No. 6820<br>*Email: sri@paulpaddalaw.com*<br>**PAUL PADDA LAW, PLLC**<br>4560 S. Decatur Boulevard, Ste. 300<br>Las Vegas, Nevada 89103<br>Tele: (702) 366-1888<br>*Attorneys for Plaintiff* | ☐ via U.S. Mail<br>☐ via Hand Delivery<br>☐ via Facsimile<br>☐ via Overnight Delivery<br>☒ via CM/ECF<br>☐ via Electronic Mail |

*/s/ Sarena Woods*
Employee of MESSNER REEVES LLP