PAUL S. PADDA, ESQ. (NV Bar 10417)
Email: psp@paulpaddalaw.com
SRILATA R. SHAH, ESQ. (NV Bar 6820)
Email: sri@paulpaddalaw.com
**PAUL PADDA LAW, PLLC**
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELIANA R. MORGENSTERN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a Foreign Corporation; DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>Defendants. | CASE NO.:  2:23-cv-1021-JAD-BNW<br><br>**Order Granting Stipulation for Extension of Time**<br><br>[ECF No. 14] |

## STIPULATION FOR EXTENSION OF TIME

**(First Request)**

Pursuant to Federal Rule of Civil Procedure 6 and the Court's Local Rule of Civil Practice 7-1, the parties hereby stipulate to permit Plaintiff two additional business days (or until May 29, 2024) to file a response to Defendant State Farm's Motion for Summary Judgment. *See* ECF No. 12. Plaintiff's response is currently due today, May 24, 2024. For the reasons set forth below, the parties agree that good cause supports this request for a short, two business day extension of time. This is the first request for additional time for the reasons set

forth herein.

Counsel for Plaintiff has notified counsel for Defendant that, due to a technical issue involving formatting of exhibits and related documents, additional time is needed to resolve the problem. Although the response to the pending Motion is largely completed, undersigned counsel is without paralegal support to help finalize the document. An additional two business days, or until May 29, 2024, will provide undersigned counsel sufficient time to resolve the issues with the assistance of his paralegal and file Plaintiff's response to the pending Motion for Summary Judgment.

For the reasons set forth herein, the parties respectfully request that the Court approve this Stipulation.

Dated this 24th day of May 2024.

Respectfully submitted,

/s/ *Renee M. Finch*                                    /s/ *Paul S. Padda*
_____                    _____
Renee M. Finch, Esq.                                    Paul S. Padda, Esq.

*Counsel for Defendant State Farm*           *Counsel for Plaintiff*

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: May 28, 2024

PAUL PADDA LAW, PLLC
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940