M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
**MESSNER REEVES, LLP**
8945 West Russell Road, Suite 300
Las Vegas, NV 89148
Telephone:  (702) 363-5100
Facsimile:  (702) 363-5101
E-mail:  cmeyer@messner.com
  rfinch@messner.com
*Attorneys for Defendant*
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELIANA R. MORGENSTERN, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a Foreign Corporation; DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive, <br><br> Defendants. | CASE NO: 2:23-cv-01021-JAD-BNW <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, through its counsel of record, M. CALEB MEYER, ESQ. and RENEE M. FINCH, ESQ. of MESSNER REEVES LLP, and Plaintiff, ELIANA R. MORGENSTERN, individually and by and through her counsel of record, PAUL S. PADDA, ESQ. and SRILATA R. SHAH, ESQ. of PAUL PADDA LAW, PLLC, that all claims against STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, arising out of Case No. 2:23-cv-01021-JAD-BNW, be dismissed with prejudice in its entirety, with each of the parties to bear their own attorney's fees and costs.

///

///

IT IS FURTHER STIPULATED that no trial is currently scheduled.

| | |
|---|---|
| Dated this <u>23rd</u> day of July, 2024. | Dated this 23rd day of July, 2024. |
| MESSNER REEVES, LLP | PAUL PADDA LAW, PLLC |
| */s/ Renee M. Finch* | */s/ Paul S. Padda* |
| M. Caleb Meyer, Esq.<br>Nevada Bar No. 13379<br>Renee M. Finch, Esq.<br>Nevada Bar No. 13118<br>8945 W. Russell Rd., Ste. 300<br>Las Vegas, NV 89148<br>*Attorneys for Defendant* | Paul S. Padda, Esq.<br>Nevada Bar No. 10417<br>Srilata R. Shah, Esq.<br>Nevada Bar No. 6820<br>4560 S. Decatur Boulevard, Ste. 300<br>Las Vegas, Nevada 89103<br>*Attorneys for Plaintiff* |

## ORDER

**Based on the parties' stipulation [ECF No. 22] and good cause appearing, IT IS ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The Clerk of Court is directed to CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 24, 2024